NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No. 2:18-cr-253-APG-NJK<br><br>**Stipulation to Extend Deadlines Regarding Defendant's**<br>**Motion to Compel (First Request)**<br>**[ECF 23]** |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Defendant Anthony Uvari, that (1) the Government's deadline to respond to Defendant's motion to compel (filed at ECF 23), currently set for October 2, 2019, be extended to October 11, 2019; and (2) Defendant's deadline to file any reply, currently set for October 9, 2019, be extended to October 25, 2019.

This stipulation is entered into for the following reasons:

1. On September 17, 2019, Defendant filed a motion to compel. The Government is investigating the existence of the documents requested by Defendant and requires additional time to adequately respond.

2. The brief extension requested is not sought for purposes of delay, but to allow the Government time to adequately respond to Defendant's motion to compel.

3. This is the first request for an extension of time regarding the briefing schedule on Defendant's motion to compel.

4. A stipulation to continue the trial dates in this case is being submitted contemporaneous with this filing.

5. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 1st day of October, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kathryn C. Newman
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Counsel for Defendant
Anthony Uvari

/s/ Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY UVARI,

    Defendant.

Case No. 2:18-cr-253-APG-NJK

**Order Granting Stipulation to Extend Deadlines**

**Regarding Defendant's Motion to Compel**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant's motion to compel be extended to October 11, 2019; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant be extended to October 25, 2019.

DATED this 3rd day of October, 2019.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE