NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No. 2:18-cr-253-APG-NJK<br><br>**Stipulation to Extend Deadlines Regarding Defendant's**<br>**Motion to Compel (Second Request) [ECF 23]** |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Defendant Anthony Uvari, that (1) the Government's deadline to respond to Defendant's motion to compel (filed at ECF 23), currently set for October 11, 2019, be extended to November 1, 2019; and (2) Defendant's deadline to file any reply, currently set for October 25, 2019, be extended to November 15, 2019.

This stipulation is entered into for the following reasons:

1. On September 17, 2019, Defendant filed a motion to compel. The Government has investigated the existence of the documents requested by Defendant, obtained additional documents, and produced them to the defense.

2. The brief extension requested is not sought for purposes of delay, but to allow the parties to confer and determine whether the subsequent production moots Defendant's motion to compel.

3. This is the second request for an extension of time regarding the briefing schedule on Defendant's motion to compel.

4. Because trial is scheduled for March 9, 2020, the granting of this stipulation will not affect the trial date.

5. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 11th day of October, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kathryn C. Newman*
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Counsel for Defendant
Anthony Uvari

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY UVARI,

    Defendant.

Case No. 2:18-cr-253-APG-NJK

**Order Granting Stipulation to Extend Deadlines**

**Regarding Defendant's Motion to Compel**

    Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

    IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant's motion to compel be extended to November 1, 2019; and

    IT IS FURTHER ORDERED that the deadline for any reply by Defendant be extended to November 15, 2019.

    DATED this 11th day of October, 2019.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE