NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No. 2:18-cr-253-APG-NJK<br><br>**Stipulation to Extend Deadlines Regarding Defendant's**<br>**Motion to Compel (Third Request)**<br>**[ECF 23]** |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Defendant Anthony Uvari, that (1) the Government's deadline to respond to Defendant's motion to compel (filed at ECF 23), currently set for November 1, 2019, be extended to November 15, 2019; and (2) Defendant's deadline to file any reply, currently set for November 15, 2019, be extended to November 29, 2019.

This stipulation is entered into for the following reasons:

1. On September 17, 2019, Defendant filed a motion to compel. The Government has investigated the existence of the documents requested by Defendant, obtained additional documents, and produced them to the defense.

2. The defense is currently evaluating whether the subsequent production moots Defendant's motion to compel. Once the defense has done so, the parties will confer regarding any outstanding issues.

3. This is the third request for an extension of time regarding the briefing schedule on Defendant's motion to compel.

4. Because trial is scheduled for March 9, 2020, the granting of this stipulation will not affect the trial date.

5. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 1st day of November, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kathryn C. Newman
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Counsel for Defendant
Anthony Uvari

/s/ Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>   Defendant. | Case No. 2:18-cr-253-APG-NJK |

**[Proposed] Order Granting Stipulation to Extend Deadlines**

**Regarding Defendant's Motion to Compel**

  Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.  Docket No. 31.

  IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant's motion to compel be extended to November 15, 2019; and

  IT IS FURTHER ORDERED that the deadline for any reply by Defendant be extended to November 29, 2019.

  DATED this __4th__ day of November, 2019.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE