1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   RICHARD ANTHONY LOPEZ
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6551 / Fax: 702.388.6418
5  tony.lopez@usdoj.gov
   *Attorneys for the United States*

6

**UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,            Case No. 2:18-cr-253-APG-NJK

9              Plaintiff,               **Stipulation to Extend Deadlines**
                                        **Regarding Defendant's**
10     v.                               **Motion to Compel (Fourth Request)**
                                        **[ECF 23]**
11  ANTHONY UVARI,

12             Defendant.

13

14         It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United

15  States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and

16  Kathryn C. Newman, Assistant Federal Public Defender, counsel for Defendant Anthony

17  Uvari, that (1) the Government's deadline to respond to Defendant's motion to compel

18  (filed at ECF 23), currently set for November 15, 2019, be extended to December 6, 2019;

19  and (2) Defendant's deadline to file any reply, currently set for November 29, 2019, be

20  extended to December 20, 2019.

21         This stipulation is entered into for the following reasons:

22         1.      On September 17, 2019, Defendant filed a motion to compel. The

23  Government has investigated the existence of the documents requested by Defendant,

24  obtained additional documents, and produced them to the defense.

1    2.    The parties are conferring regarding potential outstanding issues remaining

2    after this production.

3    3.    This is the fourth request for an extension of time regarding the briefing

4    schedule on Defendant's motion to compel.

5    4.    Because trial is scheduled for March 9, 2020, the granting of this stipulation

6    will not affect the trial date.

7    5.    Denial of this request for an extension could result in a miscarriage of justice.

8    DATED this 15th day of November, 2019.

9    Respectfully submitted,

10    NICHOLAS A. TRUTANICH
      United States Attorney

11

/s/ *Kathryn C. Newman*                    /s/ *Richard Anthony Lopez*
12    KATHRYN C. NEWMAN              RICHARD ANTHONY LOPEZ
      Assistant Federal Public Defender    Assistant United States Attorney
13    Counsel for Defendant
      Anthony Uvari

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-253-APG-NJK |
| Plaintiff, | |
| v. | |
| ANTHONY UVARI, | |
| Defendant. | |

**Order Granting Stipulation to Extend Deadlines**

**Regarding Defendant's Motion to Compel**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.   Docket No. 33.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant's motion to compel be extended to December 6, 2019; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant be extended to December 20, 2019.

DATED this ___18th___ day of November, 2019.

_____

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE