# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00253-APG-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | |
| ANTHONY UVARI, | |
| Defendant. | |

Pending before the Court is Defendant Anthony Uvari's motion to compel discovery. Docket No. 23. The Court SETS a hearing on this motion for February 4, 2020, at 2:00 p.m.

IT IS SO ORDERED.

DATED: February 3, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1