NICHOLAS A. TRUTANICH
United States Attorney
RICHARD ANTHONY LOPEZ
JESSICA OLIVA
Assistant United States Attorneys
ERIC C. SCHMALE
Trial Attorney, Tax Division
Office of the United States Attorney
501 South Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Eric.C.Schmale@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No.: 2:18-cr-253-APG-NJK<br>ORDER GRANTING<br>**Stipulation for Additional Time for the Government's Response to and the Defendant's Reply on the Defendant's Motion to Dismiss (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney; Richard Anthony Lopez and Jessica Oliva, Assistant United States Attorneys; Eric C. Schmale, Trial Attorney, Tax Division; and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for the defendant Anthony Uvari, that the deadline for the government's brief in response to the defendant's motion to dismiss be extended from September 22, 2020, to September 28, 2020, and that the deadline for the defendant's reply be extended from September 29, 2020, to October 5, 2020.

This Stipulation is entered into for the following reasons:

1. This case is currently set for trial on November 30, 2020.

2. On September 8, 2020, the defendant Anthony Uvari filed a motion to dismiss, or in the alternative for an adverse inference jury instruction, as a result of what the defense believes to be documents missing from the IRS files produced in discovery.

3. Using examples provided in the defendant's motion, the government has been able to identify and obtain additional IRS documents that are being produced to the defense in discovery.

3. The government's response to the defendant's motion is currently due on Tuesday, September 22, 2020.

4. In order for the government to organize and produce the additional discovery—and ensure that the relevant contents of the additional discovery are appropriately reflected in the government's response brief—the parties agree to extend the deadline for the government's response brief to Monday, September 28, 2020.

5. The parties further agree to extend the deadline for the defendant's reply brief to Monday, October 5, 2020.

DATED this 18th day of September, 2020.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>Anthony Uvari | /s/<br>ERIC C. SCHMALE<br>Trial Attorney, Tax Division |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ANTHONY UVARI,<br><br>       Defendant. | Case No.:  2:18-cr-253-APG-NJK |

**Order Granting Stipulation to Extend Deadlines**

**Regarding Defendant's Motion to Dismiss**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant's Motion to Dismiss be extended to September 28, 2020; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant be extended to October 5, 2020.

DATED this 21st day of September, 2020.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE