NICHOLAS A. TRUTANICH
United States Attorney
RICHARD ANTHONY LOPEZ
JESSICA OLIVA
Assistant United States Attorneys
ERIC C. SCHMALE
Trial Attorney, Tax Division
Office of the United States Attorney
501 South Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Eric.C.Schmale@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No.: 2:18-cr-253-AGP-NJK<br><br>**Second Stipulation for Additional Time for the Government's Response to and the Defendant's Reply on the Defendant's Motion to Dismiss (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney; Richard Anthony Lopez and Jessica Oliva, Assistant United States Attorneys; Eric C. Schmale, Trial Attorney, Tax Division; and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for the defendant Anthony Uvari, that the deadline for the government's brief in response to the defendant's motion to dismiss be extended from September 28, 2020, to October 5, 2020, and that the deadline for the defendant's reply be extended from October 5, 2020, to October 12, 2020.

This Stipulation is entered into for the following reasons:

1. This case is currently set for trial on November 30, 2020.

2. On September 8, 2020, the defendant Anthony Uvari filed a motion to dismiss, or in the alternative for an adverse inference jury instruction, as a result of what the defense believes to be documents missing from the IRS files produced in discovery.

3. The parties previously agreed to a six-day extension to the briefing deadlines because, using examples provided in the defendant's motion, the government was able to identify and obtain additional IRS documents that were produced to the defense.

3. The parties have continued to confer regarding additional potential sources of IRS evidence that are potentially relevant to trial in this matter.

4. In order for the government to search for these sources and produce any additional discovery—and ensure that the relevant contents of such additional discovery are appropriately reflected in the government's response brief—the parties agree to extend the deadline for the government's response brief to Monday, October 5, 2020.

5. The parties further agree to extend the deadline for the defendant's reply brief to Monday, October 12, 2020.

DATED this 28th day of September, 2020.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>Anthony Uvari | /s/<br>ERIC C. SCHMALE<br>Trial Attorney, Tax Division |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No.: 2:18-cr-253-APG-NJK |

### Order Granting Second Stipulation to Extend Deadlines Regarding Defendant's Motion to Dismiss

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant's Motion to Dismiss be extended to October 5, 2020; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant be extended to October 12, 2020.

DATED this <u>28th</u> day of September, 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE