RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Anthony Uvari

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00253-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REPLY TO MOTION TO DISMISS** |
| v. | (Third Request) |
| ANTHONY UVARI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, Eric C. Schmale, Trial Attorney, Tax Division counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Anthony Uvari, that the deadline for the reply to the motion to dismiss currently due on October 13, 2020, be extended to October 16, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review discovery.
2. The defendant is not in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1     This is the third request for a continuance of the reply to the motion to dismiss deadline.

2     DATED this 13th day of October, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Eric C. Schmale*<br>By_____<br>ERIC C. SCHMALE<br>Trial Attorney, Tax Division |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANTHONY UVARI,<br><br>           Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the deadline for the reply to the motion to dismiss currently due on Tuesday, October 13, 2020 be extended to October 16, 2020.

     DATED:  October 13, 2020.

_____
UNITED STATES MAGISTRATE JUDGE