# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>ANTHONY UVARI,<br><br>　　Defendant | Case No.: 2:18-cr-253-APG-NJK<br><br>**Order Granting Motion to Seal**<br><br>[ECF No. 74] |

　　The Government's motion to seal **(ECF No. 74) is granted**. The response to objection filed as **ECF No. 73 shall remain under seal**.

　　DATED this 30th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE