# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>ANTHONY UVARI,<br><br>　　　Defendant | Case No.: 2:18-cr-253-APG-NJK<br><br>**Order Accepting Magistrate Judge's Report and Recommendation on Motion to Dismiss**<br><br>[ECF Nos. 57, 71] |

Defendant Anthony Uvari moved to dismiss the indictment based upon the Government's alleged spoliation of evidence. ECF No. 57. Magistrate Judge Koppe recommends that I deny the motion. ECF No. 71. I have conducted a de novo review of the papers and issues underlying Judge Koppe's Report and Recommendation, and the subsequently filed papers. *See* Local Rule IB 3-2. Judge Koppe's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision, and I adopt it as my own

I THEREFORE ORDER that the Magistrate Judge's Report and Recommendation **(ECF No. 71) is accepted** and the defendant's motion to dismiss **(ECF No. 57) is denied.**

DATED this 4th day of January, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE