RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Margaret_Lambrose@fd.org

Attorney for Anthony Uvari

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY UVARI,<br><br>　　　　Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>**Stipulation for Extention of Time to Continue Objections to Report and Recommendation (ECF No. 92) to Defendant's Motion to Dismiss (ECF. No 89)**<br>(First Request) |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Anthony Uvari, that the Objection deadline to Report and Recommendation (ECF No. 92) to Defendant's Motion to Dismiss (ECF No. 89) currently set for October 19, 2021, be vacated and continued to October 27, 2021, with the government's corresponding response due by November 18, 2021.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to speak with her client, review and draft her objections to the Report and Recommendation.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsels for the defense sufficient time to review and research the issues.

This is the first stipulation to continue filed herein.

DATED this 13th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY UVARI,<br><br>　　　　Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>ORDER |

　　Based on the pending Stipulation of counsel, and good cause appearing:

　　IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on October 19, 2021; be filed and continued to October 27, 2021, with the government's response due on November 18, 2021.

　　DATED  October 14, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE