# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>      Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on October 27, 2021; be filed and continued to November 3, 2021, with the government's response due on November 19, 2021.

DATED this 28th day of October 2021.

_____
UNITED STATES DISTRICT JUDGE

3