# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-253-APG-NJK |
| Plaintiff | **Order Setting Hearing on Motion to Dismiss** |
| v. | |
| ANTHONY UVARI, | [ECF Nos. 89, 92] |
| Defendant | |

I will conduct oral argument on defendant Anthony Uvari's motion to dismiss (ECF No. 89) and his objection (ECF No. 97) to Magistrate Judge Koppe's recommendation to deny the motion on **Tuesday, December 14, 2021 at 11:00 a.m**. This will not be an evidentiary hearing.

My courtroom administrator will provide counsel with the link to attend the video conference. Counsel is instructed not to forward the link to others. If additional participants need to appear, counsel is directed to contact the courtroom administrator Melissa Johansen at Melissa_Johansen@nvd.uscourts.gov.

Members of the public seeking access to this hearing must contact the courtroom administrator by email before the day of the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removing court-issued media credentials, restricted entry to future hearings, denial of access to future hearings, or any other sanctions deemed necessary by the court.

/ / / /

/ / / /

/ / / /

Counsel is reminded that this is a formal court proceeding and proper courtroom attire is expected.

DATED this 7th day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE