RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Anthony Uvari

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00253-APG-NJK |
| Plaintiff, | **Stipulation to Modify Conditions of Pretrial Release** |
| v. | |
| ANTHONY UVARI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Eric C. Schmale, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Anthony Uvari, that Mr. Uvari's pretrial release condition number 31,[1] limiting his contact with potential witnesses, be modified to permit Mr. Uvari to meet with potential witnesses in the presence of counsel to prepare for trial. The parties propose this Court modify condition number

---

[1] ECF No. 11, p. 4.

31 to state "[t]he defendant shall avoid all contact either directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution unless in the presence of counsel."[2]

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
|---|---|
| Federal Public Defender | Acting United States Attorney |

*/s/ Margaret W. Lambrose*      */s/ Eric C. Schmale*
By_____    By_____
MARGARET W. LAMBROSE     ERIC C. SCHMALE
Assistant Federal Public Defender     Assistant United States Attorney

---

[2] The government provided the defense a list of witnesses covered by this condition.

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ANTHONY UVARI,<br><br>      Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS THEREFORE ORDERED that Anthony Uvari's pretrial release condition number 31 is modified to state: "[t]he defendant shall avoid all contact either directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution unless in the presence of counsel."

DATED January 3, 2022

_____
UNITED STATES MAGISTRATE JUDGE