# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>　　Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 123] |

Pending before the Court is Defendant Anthony Uvari's motion for a discovery deadline. Docket No. 123.  A response must be filed no later than March 4, 2022.  Any reply must be filed no later than March 7, 2022.

　　IT IS SO ORDERED.

　　Dated: February 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge