# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>ANTHONY UVARI,<br><br>　　Defendant | Case No.: 2:18-cr-00253-APG-NJK<br><br>**Order Affirming Magistrate Judge's Order**<br><br>[ECF No. 141] |

　　Defendant Anthony Uvari moved to sever count one of the indictment from counts two through four. ECF No. 113. Magistrate Judge Koppe denied that motion. ECF No. 127. Mr. Uvari appealed that order. ECF No. 141. I have reviewed the appeal, Judge Koppe's Order, and the underlying papers. Judge Koppe's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

　　I HEREBY ORDER that Magistrate Judge Koppe's Order **(ECF No. 127) is AFFIRMED** in its entirety, and Mr. Uvari's appeal **(ECF No. 141) is DENIED**.

　　DATED this 1st day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE