# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00253-APG-NJK |
|---|---|
| Plaintiff | **Order Affirming Magistrate Judge's Order on Motion to Compel** |
| v. | |
| ANTHONY UVARI, | [ECF No. 153] |
| Defendant | |

Defendant Anthony Uvari moved to compel discovery. ECF No. 118. Magistrate Judge Koppe denied that motion. ECF No. 147. Mr. Uvari appealed that order. ECF No. 153. I have reviewed the appeal, Judge Koppe's Order, and the underlying papers. Judge Koppe's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I HEREBY ORDER that Magistrate Judge Koppe's Order **(ECF No. 147) is AFFIRMED** in its entirety, and Mr. Uvari's appeal **(ECF No. 153) is DENIED**.

DATED this 21st day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE