**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00253-APG-NJK |
| Plaintiff | **Order Denying Motion for Leave to File Reply** |
| v. | |
| ANTHONY UVARI, | [ECF No. 160] |
| Defendant | |

I ORDER that defendant Anthony Uvari's motion for leave to file reply **(ECF No. 160) is DENIED as moot**.

DATED this 22nd day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE