# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>  Defendant. | Case No.:  2:18-cr-253-AGP-NJK |

### Order Granting Stipulation to Extend Deadlines Regarding Defendant's Motion to Compel

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant's Motion to Compel (ECF No. 150) be extended to May 13, 2022; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant be extended to May 20, 2022.

DATED this <u>25th</u> day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3