RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Anthony Uvari

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY UVARI, <br><br> Defendant. | Case No. 2:18-cr-00253-APG-NJK <br><br> **STIPULATION TO CONTINUE REPLY TO MOTION TO COMPEL DEADLINE** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Anthony Uvari, that the reply to motion to compel (ECF No. 150) currently due on May 20, 2022, be vacated and continued to May 23, 2022.

This Stipulation is entered into for the following reasons:

1. On April 22, 2022, the parties stipulated to allow the government to extend its response deadline from April 22, 2022, to May 13, 2022.[1] The defense now requires a short extension to file the reply in order to adequately research and address certain issues raised by the government in its response.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the reply deadline.

DATED this 20th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Eric C. Schmale*<br>By_____<br>ERIC C. SCHMALE<br>Assistant United States Attorney |

---

[1] ECF No. 163.

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00253-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY UVARI, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the reply to motion to compel currently due on Friday, May 20, 2022, be vacated and continued to Monday, May 23, 2022.

DATED this 23rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE

3