RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Anthony Uvari

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Thirteenth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Anthony Uvari, that the pretrial motions and notices of defense currently due on August 31, 2022 be vacated and reset to September 14, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 28, 2022, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 5, 2022, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. In accordance with the Court's order on the parties prior stipulation (ECF No. 183), the government conducted a diligent search and produced or made available the resulting discovery on or before July 29, 2022. Defense counsel appeared at the US Attorney's Office on August 5 and August 11, 2022, to review discovery made available. Thereafter, the parties conferred regarding additional potential discovery items, which the government produced on or before August 25, 2022 (along with Jencks Act material not due to be produced until five days in advance of trial, per the Government's Disclosure Statement (ECF No. 14)). Based on the foregoing, the parties have agreed to a short extension of time for the defense to file any pretrial motions.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

1  This is the thirteenth stipulation to continue filed herein.

2  DATED this 31st day of August, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Navid Afshar*<br>By_____<br>NAVID AFSHAR<br>Assistant Federal Public Defender | */s/ Eric C. Schmale*<br>By_____<br>ERIC C. SCHMALE<br>Assistant United States Attorney |

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. In accordance with the Court's order on the parties prior stipulation (ECF No. 183), the government conducted a diligent search and produced or made available the resulting discovery on or before July 29, 2022. Defense counsel appeared at the US Attorney's Office on August 5 and August 11, 2022, to review discovery made available. Thereafter, the parties conferred regarding additional potential discovery items, which the government produced on or before August 25, 2022 (along with Jencks Act material not due to be produced until five days in advance of trial, per the Government's Disclosure Statement (ECF No. 14)). Based on the foregoing, the parties have agreed to a short extension of time for the defense to file any pretrial motions.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including September 14, 2022 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including September 28, 2022 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including October 5, 2022 to file any and all replies.

DATED this  2nd  day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE