# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANTHONY UVARI,

      Defendant.

Case No. 2:18-cr-00253-APG-NJK

**Order**

(Docket Nos. 195, 198)

Pending before the Court are Defendant's motions to file under seal, Docket Nos. 195, 198, which relate to Defendant's motion to dismiss, Docket No. 194, and attached exhibits, Docket No 196. Defendant fails to address the applicable standards under *Kamakana v. City & Cty of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006), including whether the motion and/or exhibits can be redacted in part, rather than fully sealed. Accordingly, the motions to seal are **DENIED** without prejudice. Docket Nos. 195, 198. Defendant must file renewed motions to seal that fully comply with the applicable case law, no later than September 22, 2022. The Clerk's Office is **INSTRUCTED** to keep the filings at Docket Nos. 194 and 196 under seal until the Court resolves the renewed motions.

IT IS SO ORDERED.

Dated: September 16, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE