# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANTHONY UVARI<br><br>  Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>**Order**<br><br>[Docket No. 202] |

Pending before the Court is Defendant's motion to seal. Docket No. 202.

There is a strong presumption in favor of the public's access to judicial filings. *See, e.g., Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Documents filed in relation to a non-dispositive matter may not be sealed absent a specific showing of good cause. *Id.* at 1180.

This motion to seal relates to a status report. Docket No. 203. Defendant submits that the status report contains confidential attorney-client communications. Docket No. 202 at 2.

For good cause shown, the motion to seal is **GRANTED**. The Clerk's Office is **INSTRUCTED** to seal Docket No. 203.

IT IS SO ORDERED.

Dated: September 21, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1