# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ANTHONY UVARI,<br>    Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>**Order**<br><br>[Docket No. 205] |

Pending before the Court is Defendant's motion to extend the deadline to file a renewed motion to seal. Docket No. 205. Defendant submits that the extension is necessary to resolve discussions with the United States about why the underlying motions to dismiss should remain sealed and whether the protective orders in this case should be modified. *Id.* at 3-4. Defendant indicates that the United States does not oppose this motion. *Id.* at 2.

For good cause shown, the motion to extend is **GRANTED**. Docket No. 74. Defendant is **ORDERED** to file a renewed motion to seal by September 30, 2022.

IT IS SO ORDERED.

Dated: September 23, 2022

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge