John Bragonje, Esq.
Nevada Bar No. 9519
Eckley M. Keach, III, Esq.
Nevada Bar No. 14727
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com
Email: ekeach@lewisroca.com

*Attorneys for Non-Party Churchill Downs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY UVARI,<br><br>Defendants. | CASE NO.: 2:18-cr-00253-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR NON-PARTY CHURCHILL DOWNS' OPPOSITION OF MOTION TO STRIKE CHURCHILL DOWNS'S UNTIMELY OBJECTION AND MOTION FOR ORDER TO SHOW CAUSE (ECF 193)**<br><br>**[FIRST REQUEST]** |

Non-Party Churchill Downs (Churchill) and Defendant Anthony Uvari hereby stipulate and agree, subject to this Court's approval, that Churchill shall have a short extension until Friday, October 14, 2022, to file an opposition to Defendant's Motion to Strike and Motion for Order to Show Cause ("Subpoena Motions") (ECF 193).

Defendant filed his Subpoena Motions on September 13, 2022. Accordingly, Non-Party Churchill Down's Opposition to Defendant's Subpoena Motions is currently due on September 27, 2022. On September 23, 2022, counsel for Churchill and Defendant met and conferred in an attempt to resolve the operative dispute regarding Defendant's previously issued subpoenas. Churchill and Defendant believe that they have potentially resolved this issue and are requesting three weeks to finalize the proposed resolution.

With this stipulation to extend the deadline for Churchill's Opposition to Defendant's Subpoena Motions, Churchill's new deadline will be set for October 14, 2022. This stipulation is

118951968 1

being entered into in good faith and not for the purpose of delay. This is the first request for extension of these deadlines.

DATED: September 26, 2022

RENE VALLADARES
Federal Public Defender

By */s/ Heidi A. Ojeda*
   Heidi A. Ojeda
   Margaret W. Lambrose
   Navid Afshar
   Assistant Federal Public Defenders
  *Attorneys for Defendant*

DATED: September 26, 2022

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By */s/ John Bragonje*
   John Bragonje, Esq., Bar No. 9519
   Eckley M. Keach, III, Esq., Bar No. 14727
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169
   Tel: 702-949-8200
   Email: jbragonje@lewisroca.com
   Email: ekeach@lewisroca.com
  *Counsel for Non-Party Churchill Downs*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2022