UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>ANTHONY UVARI,<br>　　　　Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>**Order**<br><br>(Docket No. 216) |

　　　　Pending before the Court is the United States' motion to file under seal. Docket No. 216. The motion seeks to seal Exhibits E, F, I, and J to the United States' response to Defendant's motion to dismiss. Docket No. 215.

　　　　There is a strong presumption in favor of the public's access to judicial filings. *See, e.g., Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Documents filed in relation to a dispositive matter may not be sealed absent a showing of "compelling reasons." *Id.* at 1179-80.

　　　　The United States submits that the exhibits contain personal identifying information of an uncharged individual implicated in this case. Docket No. 216 at 2. The United States additionally submits that it has attached redacted versions of Exhibits E, F, and J to its response to Defendant's motion, but that redacting Exhibit I would render the document "meaningless." *Id.* at 3.

　　　　Accordingly, the United States' motion to seal is **GRANTED**. Docket No. 216. The filing at Docket No. 215 will remain under seal.

　　　　IT IS SO ORDERED.

　　　　Dated: September 29, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE