# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No.: 2:18-cr-00253-APG-NJK<br><br>**ORDER**<br><br>(Docket Nos. 193, 240) |

Pending before the Court is Defendant Anthony Uvari's motion to withdraw his motion to strike and for order to show cause. Docket No. 240. *See also* Docket No. 193 (motion to strike and for order to show cause). The Court hereby **GRANTS** Defendant's motion. Docket No. 240. The motion at Docket No. 193 is **WITHDRAWN**.

IT IS SO ORDERED.

DATED: October 17, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE