JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ERIC C. SCHMALE
JESSICA OLIVA
Assistant United States Attorneys
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel:  702-388-6336
Eric.Schmale@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY UVARI,<br><br>            Defendant. | 2:18-cr-253-APG-NJK<br><br>**STIPULATION TO ADMIT DOCUMENTS AS CERTIFIED RECORDS PURSUANT TO RULE OF EVIDENCE 902(11), 902(4), 803(6) and 803(8)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Eric Schmale, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret Lambrose, Assistant Federal Public Defender, counsel for Anthony Uvari, that the below records are admissible without live witness testimony as certified records of a regularly conducted activity, pursuant to Federal Rules of Evidence 902(11) and 803(6):

| Bates Range | Cert. | Description |
|---|---|---|
| USA003982-USA004171 | USA003196 | Bank of America records for account ending -2567, including signature card and limited liability company resolutions, deposits with offsets and cancelled checks, and bank statements |
| USA003619-USA003981 | USA003196 | Bank of America records for account ending -5861, including signature card, deposits with offsets and cancelled checks, and bank statements |
| USA007337-USA007355 | USA007337 | Washington Mutual records (certified by JP Morgan Chase) for account ending -5498-9, including signature card, account statements, and deposit items |

The parties further stipulate and agree that the below records are admissible without live witness testimony as certified public records, pursuant to Federal Rules of Evidence 902(4) and 803(8):

| Bates Range | Cert. | Description |
|---|---|---|
| USA007905-USA007914 | USA007905 | Nevada Secretary of State records for A&S, LLC |
| USA007915-USA007922 | USA007915 | Nevada Secretary of State records for AUF, LLC |
| USA011726 | USA011726 | Nevada Department of Motor Vehicle records for Anthony Uvari |

DATED this 16th day of November, 2022.

RENE L. VALLADARES  
Federal Public Defender

/s/ Margaret W. Lambrose  
MARGARET W. LAMBROSE  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

/s/ Eric Schmale  
ERIC C. SCHMALE  
Assistant United States Attorneys

IT IS SO ORDERED:

Dated: November 17, 2022

_____  
ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE

2