# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>ANTHONY UVARI,<br><br>    Defendant | Case No.: 2:18-cr-00253-APG-NJK<br><br>**Order Affirming Magistrate Judge's Order**<br><br>[ECF Nos. 245, 253] |

On October 24, 2022, Magistrate Judge Koppe granted the Government's motion to redact a motion previously filed by defendant Uvari, and denying Uvari's related motion to seal. ECF No. 245. Mr. Uvari appealed that order. ECF No. 253. I have reviewed the appeal, Judge Koppe's Order, and the underlying papers. Judge Koppe's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I HEREBY ORDER that Magistrate Judge Koppe's Order **(ECF No. 245) is AFFIRMED** in its entirety, and Mr. Uvari's appeal **(ECF No. 253) is DENIED**.

DATED this 21st day of November, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE