JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
ERIC C. SCHMALE
JESSICA OLIVA
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
eric.schmale@usdoj.gov
jessica.oliva@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No.: 2:18-cr-253-APG-NJK<br><br>**Stipulation and Draft Order to Continue Sentencing (First Request)** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Eric Schmale and Jessica Oliva, Assistant United States Attorneys, and Rene Valladares, Federal Public Defender, through Maggie Lambrose and Heidi Ojeda, Assistant Federal Public Defenders and counsel for Defendant Anthony Uvari, that the sentencing hearing scheduled for March 8, 2023 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than 14 days.

This stipulation is entered into for the following reasons:

    1.    Counsel has spoken with the Defendant, and he has no objection to the continuance.

    2.    The parties agree to the continuance.

3. The Defendant is out of custody.

4. Additional time is needed to conduct presentence investigation.

5. This is the first request to continue the sentencing hearing in this case.

Dated this 17 day of January, 2023. Respectfully submitted,

| | |
|---|---|
| RENE VALLADARES<br>Federal Public Defender<br>District of Nevada | JASON M. FRIERSON<br>United States Attorney<br>District of Nevada |
| */s/ Maggie Lambrose*<br>*/s/Heidi Ojeda*<br>MAGGIE LAMBROSE<br>HEIDI OJEDA | */s/ Eric C. Schmale*<br>*/s/Jessica Oliva*<br>ERIC. C. SCHMALE<br>JESSICA OLIVA |
| Assistant Federal Public Defenders<br>Attorneys for Defendant UVARI | Assistant United States Attorneys |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ANTHONY UVARI,<br><br>      Defendant. | Case No.: 2:18-cr-253-APG-NJK |

**Order Granting Stipulation to Continue Sentencing Hearing**

Based on the parties' stipulation to continue the sentencing hearing, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for March 8, 2023, at the hour of 10:00 a.m. be continued to April 19, 2023 at the hour of 1:30 p.m. in Las Vegas Courtroom 6C before Judge Andrew P. Gordon.

IT IS SO ORDERED:

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: January 18, 2023

3