RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Anthony Uvari

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00253-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| ANTHONY UVARI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Eric C. Schmale and Jessica Oliva, Assistant United States Attorneys, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Anthony Uvari, that the sentencing hearing currently scheduled on April 25, 2023, be vacated and continued to May 4, 2023.

This Stipulation is entered into for the following reasons:

1. Due to a conflict with defense counsel, the parties agree to continue the sentencing hearing currently scheduled for April 25, 2023 to May 4, 2023.

DATED this 17th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Eric C. Schmale*<br>*/s/ Jessica Oliva*<br>By_____<br>ERIC C. SCHMALE<br>JESSICA OLIVA<br>Assistant United States Attorneys |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00253-APG-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY UVARI, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, April 25, 2023 at 11:00 a.m., be vacated and continued to May 4, 2023 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 18th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

3