John Bragonje, Esq.
Nevada Bar No. 9519
Eckley M. Keach, III, Esq.
Nevada Bar No. 14727
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com
Email: ekeach@lewisroca.com

*Attorneys for Non-Party Churchill Downs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:18-cr-00253-APG-NJK |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE** |
| ANTHONY UVARI, | |
| Defendants. | |

Non-Party Churchill Downs (Churchill), and John Bragonje of Lewis Roca Rothgerber Christie LLP filed a Stipulation to Extend Opposition Deadline [ECF 207] regarding a Subpoena Duces Tecum, the matter of the Subpoena has been resolved. Nothing else is pending for our client and we are no longer participating in this action. Therefore, the undersigned counsel respectfully requests that he be removed from the electronic service list.

Dated this 10th day of May, 2023.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 11, 2023

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By___*/s/ John Bragonje*_____
John Bragonje, Esq., Bar No. 9519
Eckley M. Keach, III, Esq., Bar No. 14727
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
jbragonje@lewisroca.com
ekeach@lewisroca.com

*Counsel for Non-Party Churchill Downs*