UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>    Defendant. | Case No. 2:18-cr-00253-APG-NJK<br><br>**Order**<br><br>[Docket No. 331] |

    Pending before the Court is Attorney Kip Kaler's motion to be removed from the electronic service list. Docket No. 331. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to remove the email address listed in Docket No. 331 at 2 from the CM/ECF electronic service list.

    IT IS SO ORDERED.

    Dated: May 23, 2023.

                                          _____<br>
                                          NANCY J. KOPPE<br>
                                          UNITED STATES MAGISTRATE JUDGE