# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY UVARI,

Defendant.

Case No. 2:18-cr-00253-APG-NJK

**ORDER**

[Docket No. 332]

Pending before the Court is Defendant's motion for copies of non-public docket.  Docket No. 332.

Defendant asks that his appellate counsel, Ms. Amy B. Cleary,  be given access to this case's unredacted docket to prepare for his appeal.  *Id.* at 1.  Defendant submits that the United States does not oppose this request.  *Id.* at 2.

Accordingly, Defendant's motion for copies of non-public docket is **GRANTED**.  Docket No. 332.  The Clerk's Office is **INSTRUCTED** to provide Ms. Cleary and counsel for the United States a copy of this case's unredacted Docket.  Ms. Cleary is **ORDERED** to keep all sealed information confidential until consulting with the United States except in accordance with an order of the Court or as necessary to proceed with Defendant's appeal in conformance with all applicable statutes and rules.

IT IS SO ORDERED.

Dated: May 23, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1