# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY UVARI,<br><br>Defendant. | Case No.: 2:18-cr-00253-APG-NJK<br><br>**Order Setting Hearing** |

Pending before the Court is Defendant Anthony Uvari's motion to obtain copy of sealed documents. Docket No. 342. The Court SETS a hearing on this motion for October 16, 2023, at 10:00 a.m.

IT IS SO ORDERED.

DATED: October 12, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE