UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00253-APG-NJK |
|---|---|
| Plaintiff | **Order Affirming Magistrate Judge's Order Denying Motion to Obtain Copies of Sealed Documents** |
| v. | |
| ANTHONY UVARI, | [ECF Nos. 342, 352, 354] |
| Defendant | |

Defendant Anthony Uvari filed a motion to obtain copies of sealed documents in the court record. ECF No. 342. After conducting a hearing on the motion, Magistrate Judge Koppe granted the motion in part but denied it as to Uvari's request for a copy of my order regarding *Henthorn* material. ECF No. 352. Mr. Uvari filed an appeal of Judge Koppe's order. ECF No. 354. I have reviewed the appeal, Judge Koppe's decision, the transcript of the hearing, and the underlying papers. Judge Koppe' decision is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). I therefor affirm it. Nevertheless, to avoid an unnecessary appellate issue, and because there is no prejudice to either side or any witness, attached to this order is a redacted copy of my order regarding *Henthorn* material.

I HEREBY ORDER that Magistrate Judge Koppe' order **(ECF No. 352) is affirmed** in its entirety, and Mr. Uvari's appeal **(ECF No. 354) is denied**.

DATED this   day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00253-APG-NJK |
| Plaintiff | **SEALED** |
| v. | Order Regarding Henthorn Material |
| ANTHONY UVARI, | |
| Defendant | |

The Government delivered an *ex parte* letter and materials to my chambers asking me to review, *in camera*, information regarding witness ▮▮▮▮▮ under *United States v. Henthorn*, 931 F.2d 29, 31 (9th Cir. 1991). A copy of the Government's letter is attached to this Order.

The information about ▮▮▮ is not related to this case in any way. It does not indicate or evidence dishonesty or perjurious conduct. It is not related to ▮▮▮'s credibility or character for truthfulness. Therefore, the information is not material to this case and the Government is not required to disclose it under *Henthorn*.

DATED this 6th day of December, 2022.

*/s/*

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE