**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>ANTHONY UVARI,<br><br>    Defendant | Case No.: 2:18-cr-00253-APG-NJK<br><br>**Order for Government to Respond to Motion**<br><br>[ECF No. 359] |

Anthony Uvari has filed a motion to modify the conditions of his supervised release to remove the condition that he reside in the halfway house for six months upon discharge from Bureau of Prisons custody. ECF No. 359.

I ORDER the Government to file a response to the motion, if it has any, by December 20, 2024.

DATED this 16th day of December, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE